UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Mike Sorensen, et al.,

       Plaintiffs,

vs.                       ORDER ADOPTING
                         REPORT AND RECOMMENDATION

Ownit Mortgage Solutions, Inc.,

       Defendant.              Civ. No. 12-3130 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiffs' Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to effect service and for lack of prosecution, unless Plaintiffs, within the 14-day deadline to object to this Report and Recommendation, can provide proof of service or show good cause for an extension of time to serve Defendant.

DATED: May 29, 2013                      s/Michael J. Davis
At Minneapolis, Minnesota            Michael J. Davis, Chief Judge
                                             United States District Court